Opinion issued August 9, 2007








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00438-CV






STANLEY RUSSELL COLEMAN, Appellant


V.


LYNN A. REVAK, REVAK TURBOMACHINERY SERVICES, INC.,
REVAK ENTERPRISES, INC., L-MART INTERNATIONAL
CORPORATION, REVAK CONTROLS CORPORATION, TURBO
STORAGE SERVICE COMPANY, AND REVAK ENERGY INC., Appellees






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 0635477






MEMORANDUM OPINION


 Because no timely notice of appeal has been filed, the Court will dismiss this
appeal for want of jurisdiction. See Tex. R. App. P. 26.1 (stating filing deadlines for
notices of appeal), 42.3 (allowing involuntary dismissal of appeal after giving ten
days notice); see also Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997).

 It is so ORDERED.

 PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.